IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BYRON GEOVANI SAY ALVAREZ, et al., § § § Plaintiffs, § § v. § § U.S. VIET HOA FOOD CORP. § d/b/a VIET HOA § INTERNATIONAL FOODS, et al., § § Defendants. § | Civil Action No. H-06-2545 |

## FINAL JUDGMENT

As the Court has granted Defendants' No Evidence Motion for Summary Judgment against Plaintiff Guadalupe Felipe Olivera (Instrument No. 30), No Evidence Motion for Summary Judgment against Plaintiff Angel Gonzalez Garcia (Instrument No. 31), No Evidence Motion for Summary Judgment against Plaintiff David Roland Gutierrez (Instrument No. 32), and No Evidence Motion for Summary Judgment against Plaintiff Juan Felipe Martinez (Instrument No. 33), the Court hereby

ORDERS that final judgment be entered in favor of Defendants. Plaintiffs' claims against Defendants are DISMISSED. Plaintiffs shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __19__ day of December, 2007.

_David Hittner_
DAVID HITTNER
United States District Judge